IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CV-39-D

ROBERT HOWARD, )
)
Plaintiff, )
)
v. ) **ORDER**
)
COLLEGE OF THE ALBEMARLE, )
and KANDI DEITEMEYER, )
)
Defendants. )

On June 9, 2016, plaintiff filed a motion to amend the scheduling order and to compel defense to allow deposition of attorney [D.E. 30]. On June 27, 2016, defendants filed a response [D.E. 33]. The court refers the motion to amend the scheduling order and to compel defense to allow deposition of attorney [D.E. 30] to Magistrate Judge Numbers for disposition. See 28 U.S.C. § 636(b)(1)(A). The court also refers the motions to seal [D.E. 40, 64, 65], the motion for protective order [D.E. 53], and the amended motion for protective order [D.E. 57] to Magistrate Judge Numbers for disposition. The motion to expedite [D.E. 67] is GRANTED and the motion to strike [D.E. 66] is referred to Magistrate Judge Numbers for disposition.

SO ORDERED. This 31 day of October 2016.

JAMES C. DEVER III
Chief United States District Judge