UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT HOWARD, | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| V. | ) | **CASE NO. 2:15-cv-39-D** |
| | ) | |
| COLLEGE OF THE ALBEMARLE, | ) | |
| and KANDI DEITEMEYER, | ) | |
| Defendants. | ) | |

**Decision by the Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 38], DENIES as moot plaintiffs motion under Rule 56( d) [D.E. 46], GRANTS defendants' motions to seal [D.E. 73, 99], GRANTS plaintiffs motions to seal [D.E. 79, 87, 95], DENIES plaintiffs motion to compel and for sanctions [D.E. 83], DENIES plaintiffs motion to depose two witnesses [D.E. 84], GRANTS defendants' motion for leave to file a brief in excess often pages [D.E. 89], and DENIES defendants' motion to strike [D.E. 97]. Defendants may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on March 27, 2017, and Copies To:**

| | |
|---|---|
| Robert Howard | (Sent to 309 N. Estes Drive Chapel Hill, NC 27514 via US Mail) |
| John D. Leidy | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| March 27, 2017 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |