IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:15-CV-39-D

| | | |
|---|---|---|
| ROBERT HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COLLEGE OF THE ALBEMARLE, | ) | |
| and KANDI DEITEMEYER, | ) | |
| | ) | |
| Defendants. | ) | |

The court DENIES as meritless plaintiff's motion to reverse judgment or to stay [D.E. 124], and GRANTS plaintiff's motion to unseal [D.E. 128]. The court unseals [D.E. 59-7, 59-8, and 59-9].

SO ORDERED. This 12 day of July 2019.

JAMES C. DEVER III
United States District Judge